# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. NAJWA ADMA BAHU-BAUGH, | ) |
| Plaintiff, | ) |
| v. | ) CIV-22-212-HE |
| AMERICAN BOARD OF INTERNAL MEDICINE, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties, by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims and defenses in this action in consideration of a settlement agreement between the parties, and without costs against either party.  Each party shall bear its own attorneys' fees and costs.

S/ Mark Hammons
HAMMONS, HURST & ASSOCIATES
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
Telephone:  (405) 235-6100
Facsimile:  (405) 235-6111
katie@hammonslaw.com

*Counsel for Plaintiff, Dr. Najwa Adma Bahu-Baugh*

/s/ William H. Hoch III
William H. Hoch III, OBA #15788
Anthony Hendricks, OBA #31083
Sally Harper Griffin, OBA # 34853
CROWE & DUNLEVY, PC
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
sally.griffin@crowedunlevy.com
will.hoch@crowedunlevy.com

                                Paul Lantieri III, Pa. ID No. 88160
                                BALLARD SPAHR LLP
                                1735 Market Street, 51st Floor
                                Philadelphia, Pennsylvania 19103-7599
                                Tel. 215.665.8500
                                Fax 215.864.8999
                                lantierip@ballardspahr.com
                                *Admitted pro hac vice*

                                *Counsel for Defendant, ABIM*